IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.  NO. 04-20333-Ma

LAMBERT McDANIEL,

      Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the government's May 10, 2005 motion to continue the sentencing hearing of defendant Lambert McDaniel. For good cause shown, the motion is granted. The sentencing of defendant Lambert McDaniel is **reset to Tuesday, June 14, 2005 at 9:00 a.m.**

It is so ORDERED this 11th day of May, 2005.

                SAMUEL H. MAYS, JR.
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CR-20333 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Linda Parson Khumalo
LAW OFFICE OF LINDA KHUMALO
P.O. Box 40184
Memphis, TN 38174

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT