IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ~~~ D.C.

05 JUN 10 PM 4:42

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 04-20333-Ma

LAMBERT McDANIEL,

    Defendant.

---

### ORDER RESETTING SENTENCING DATE

---

Before the court is the government's June 10, 2005, motion to reset the sentencing of Lambert McDaniel, which is presently set for June 14, 2005. For good cause shown, the motion is granted. The sentencing of defendant Lambert McDaniel is **reset to Friday, August 19, 2005, at 2:30 p.m.**

It is so ORDERED this 10th day of June, 2005.

                /s/ Samuel H. Mays, Jr.

                SAMUEL H. MAYS, JR.
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-13-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CR-20333 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Linda Parson Khumalo
LAW OFFICE OF LINDA KHUMALO
P.O. Box 40184
Memphis, TN 38174

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT